Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of New Jersey**

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Comfort Specialists, LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 2 6 – 2 8 4 5 0 7 0 |

**4. Debtor's address**

**Principal place of business**

438c US Highway 46
Number    Street

Kenvil, NJ 07847
City          State    ZIP Code

Morris
County

**Mailing address, if different from principal place of business**

39 North 1st Ave
Number    Street

Kenvil, NJ 07847
City          State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City          State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Comfort Specialists, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
             MM / DD / YYYY

District _____ When _____ Case number _____
             MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                        MM / DD / YYYY

Case number, if known _____

Debtor    **Comfort Specialists, LLC**                                             Case number *(if known)*
    Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number      Street<br><br>    _____<br>    City       State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency   _____<br>            Contact name   _____<br>            Phone   _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99   ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000              ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000          ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000   ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million ☐ More than $50 billion |

Debtor  **Comfort Specialists, LLC**                                    Case number *(if known)* _____
        Name

---

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ▪ I have been authorized to file this petition on behalf of the debtor.

- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **02/28/2025**
             MM/ DD/ YYYY

**X**  **/s/ Christopher Laurentino** _____          **Christopher Laurentino**
Signature of authorized representative of debtor              Printed name

Title  **Owner / Managing Member**

---

**18. Signature of attorney**

**X** _____ **/s/ Scott J Goldstein** _____     Date **02/28/2025**
Signature of attorney for debtor                           MM/ DD/ YYYY

**Scott J Goldstein**
Printed name

**Law Offices of Wenarsky & Goldstein LLC**
Firm name

**410 Route 10 West Ste 214**
Number        Street

**Ledgewood**                                    **NJ**        **07852**
City                                             State         ZIP Code

**(973) 927-5100**                               **scott@wg-attorneys.com**
Contact phone                                    Email address

**16472004**                                     **NJ**
Bar number                                       State

---

**Fill in this information to identify the case:**

Debtor Name  **Comfort Specialists, LLC**

United States Bankruptcy Court for the: District of  **New Jersey**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Chase Bank** | **Checking account** | **1  1  3  0** | $13,834.45 |
| 3.2. **Chase Bank** | **Savings account** | **7  7  3  8** | $0.15 |

4. **Other cash equivalents** *(Identify all)*

    4.1 _____    _____

    4.2 _____    _____

5. **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $13,834.60 |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

    ☐ No. Go to Part 3.
    ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

Debtor    **Comfort Specialists, LLC**                                                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 7.1 | **Security deposit** | **$750.00** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | **Prepayment** | **$51,472.76** |

9.    **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.                                           **$52,222.76**

---

| Part 3: | Accounts receivable |
|---|---|

10.    **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes. Fill in the information below.

<table>
<tr><td></td><td></td><td></td><td></td><td>Current value of debtor's interest</td></tr>
<tr><td>11.</td><td colspan="4"><b>Accounts receivable</b></td></tr>
<tr><td></td><td>11a. 90 days old or less:</td><td>_____ - <br> face amount</td><td>_____ =....➜ <br> doubtful or uncollectible accounts</td><td>_____</td></tr>
<tr><td></td><td>11b. Over 90 days old:</td><td><b>$350,490.12</b> - <br> face amount</td><td><b>unknown</b> =....➜ <br> doubtful or uncollectible accounts</td><td><b>$187,281.08</b></td></tr>
</table>

12.    **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                       **$187,281.08**

---

| Part 4: | Investments |
|---|---|

13.    **Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |
| | 14.1 _____ | _____ | _____ |
| | 14.2 _____ | _____ | _____ |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| | Name of entity: | % of ownership: | |
| | 15.1 _____ | _____ | _____ | _____ |
| | 15.2 _____ | _____ | _____ | _____ |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| | Describe: | | |

Debtor   **Comfort Specialists, LLC** _____   Case number *(if known)* _____
Name

| | | | |
|---|---|---|---|
| 16.1 _____ | | _____ | _____ |
| 16.2 _____ | | _____ | _____ |

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                                    [_____]

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20.** **Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21.** **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22.** **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                                    [_____]

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

---

Debtor   **Comfort Specialists, LLC**
_____   Case number *(if known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

| Debtor | **Comfort Specialists, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| | **Furniture & Equipment** | unknown | | $5,000.00 |
| | **Computers** | unknown | | $1,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **Construction Equipment** | unknown | | $5,000.00 |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |

| 43. | **Total of Part 7** | | $11,000.00 |
|---|---|---|---|
| | Add lines 39 through 42. Copy the total to line 86. | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2020 Ford F550 / Super Duty** | $55,450.00 | **KBB Sale Prices** | $55,450.00 |
| 47.2 **2019 Ford T350HD** | unknown | **KBB Fair Purchase Price** | $35,912.00 |
| 47.3 **2019 Ford Transit Van** | unknown | **KBB Fair Purchase Price** | $21,627.00 |
| 47.4 **2001 Freightliner** | unknown | | $29,868.00 |
| 47.5 **Chevrolet / Van** | unknown | | $8,567.50 |

Debtor    **Comfort Specialists, LLC**
Name

Case number *(if known)*

47.6 **Truck**                                    unknown                                  unknown

48. **Watercraft, trailers, motors, and related accessories** Examples:
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

48.1

48.2

49. **Aircraft and accessories**

49.1

49.2

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51. **Total of Part 8**                                                                $151,424.50
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | |
| 55.2 | | | | |
| 55.3 | | | | |
| 55.4 | | | | |
| 55.5 | | | | |
| 55.6 | | | | |

Debtor    **Comfort Specialists, LLC**    Case number *(if known)* _____

Name

---

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

<table>
<tr><td colspan="4">**Part 10:**    Intangibles and intellectual property</td></tr>
</table>

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

---

Debtor   **Comfort Specialists, LLC**                                          Case number *(if known)*_____
         _____
         Name

---

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 11:** | All other assets |

70.   **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |

71.   **Notes receivable**

Description (include name of obligor)

_____   _____  –  _____  =➡  _____
                            Total face amount    doubtful or uncollectible amount

72.   **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   _____

_____   Tax year _____   _____

_____   Tax year _____   _____

73.   **Interests in insurance policies or annuities**

_____                          _____

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                          _____

**Nature of claim** _____

**Amount requested** _____

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                          _____

**Nature of claim** _____

**Amount requested** _____

76.   **Trusts, equitable or future interests in property**

_____                          _____

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                          _____

Debtor    **Comfort Specialists, LLC**
     Name

Case number *(if known)* _____

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

□ Yes

---

**Part 12:**     Summary

---

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $13,834.60 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $52,222.76 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $187,281.08 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $11,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $151,424.50 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................................ &#10140; | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + _____ | |
| 91. **Total.** *Add lines 80 through 90 for each column.*...........................91a. | $415,762.94 | + 91b. _____ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..............................................................................    $415,762.94

Fill in this information to identify the case:

Debtor name  **Comfort Specialists, LLC**

United States Bankruptcy Court for the: District of  **New Jersey**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1** Creditor's name

**Ford Motor Credit Company, LLC**

Creditor's mailing address

**PO Box Box 62180 Box 6508**

**Colorado Springs, CO 80962-2180**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account  **8  1  6  1**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**
2020 Ford F550                                                      **$29,000.00**          **$55,450.00**

**Describe the lien**

**Vehicle Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.                                    **$43,750.00**

Debtor    **Comfort Specialists, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**2.2** **Creditor's name**

**Ford Motor Credit Company, LLC**

**Creditor's mailing address**

**PO Box Box 62180 Box 6508**

**Colorado Springs, CO 80962-2180**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account**    5   5   7   4
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Ford T350HD        **$14,750.00**        **$35,912.00**

**Describe the lien**

**Vehicle Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Fill in this information to identify the case:

Debtor name **Comfort Specialists, LLC**

United States Bankruptcy Court for the:

**District of New Jersey**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☐ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☐ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | | | |

| Debtor | **Comfort Specialists, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Bayfirst National**

**700 Central Ave**

**Saint Petersburg, FL 33701**

Date or dates debt was incurred    **10/4/2022**

Last 4 digits of account number    **9  1  0  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Business Loan - SBA**
**Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** $146,456.32

---

**3.2** Nonpriority creditor's name and mailing address

**Bayfirst National Bank**

**700 Central Ave**

**Saint Petersburg, FL 33701**

Date or dates debt was incurred    **3/3/23**

Last 4 digits of account number    **9  1  0  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Business Loan - SBA**
**Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** $150,000.00

---

**3.3** Nonpriority creditor's name and mailing address

**Bluevine Capital Inc**

**401 Warren St #300**

**Redwood City, CA 94063**

Date or dates debt was incurred    **9/2023**

Last 4 digits of account number    **3  0  6  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Business Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** $78,704.92

---

**3.4** Nonpriority creditor's name and mailing address

**Capital Management Services, LP**

**698 1/2 South Ogden St**

**Buffalo, NY 14206-2317**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Business Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** $922.25

| Debtor | **Comfort Specialists, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.5** Nonpriority creditor's name and mailing address

**CITIBANK, N.A.**

**1000 TECHNOLOGY DR**

**O FALLON, MO 63368**

Date or dates debt was incurred _____

Last 4 digits of account number **2 - 2 4**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business Credit Card**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$5,025.20

---

**3.6** Nonpriority creditor's name and mailing address

**Citizens Bank**

**1 Citizens Dr**

**Riverside, RI 02915**

Date or dates debt was incurred _____

Last 4 digits of account number **3 - 2 6**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business Loan**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$52,838.00

---

**3.7** Nonpriority creditor's name and mailing address

**Department of the Treasury**

**Bureau of the Fiscal Service**

**PO Box 837094**

**Birmingham, AL 35283**

Date or dates debt was incurred _____

Last 4 digits of account number **9 1 0 1**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business Loan**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$189,231.47

---

**3.8** Nonpriority creditor's name and mailing address

**Jefferson Capital Systems LLC**

**PO Box 7999 Ste 1400**

**Saint Cloud, MN 56302**

Date or dates debt was incurred _____

Last 4 digits of account number **2 - 2 5**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business Credit Card**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$6,773.08

---

Debtor    **Comfort Specialists, LLC**
_____
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.9** Nonpriority creditor's name and mailing address

**JPMorgan Chase Bank**

**PO Box 1423**

**Charlotte, NC 28201**

Date or dates debt was incurred _____

Last 4 digits of account number    **5** - **2** **5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Credit Card**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$6,680.44

---

**3.10** Nonpriority creditor's name and mailing address

**JPMorgan Chase Bank**

**PO Box 1423**

**Charlotte, NC 28201**

Date or dates debt was incurred _____

Last 4 digits of account number    **1** - **2** **5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Credit Card**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$19,791.61

---

**3.11** Nonpriority creditor's name and mailing address

**Kapitus**

**120 W 45th St**

**New York, NY 10036**

Date or dates debt was incurred    **3/2024**

Last 4 digits of account number    **9** **2** **6** **1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Merchant Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$10,000.00

---

**3.12** Nonpriority creditor's name and mailing address

**Universal Supply Group Inc.**

**276 Wagraw Rd**

**Haledon, NJ 07508**

Date or dates debt was incurred    **3/2022**

Last 4 digits of account number    **9** - **2** **3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

                    **Vendor - LawSuit**
Basis for the claim:  **Settlement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$53,810.74

---

Debtor    **Comfort Specialists, LLC**
_____    Case number *(if known)* _____
Name

---

| Part 2: | Additional Page |
|---|---|

---

| **3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,868.05 |
|---|---|---|---|

**US Bank National Association**

**c/o Zwicker & Associates**

**1020 Laurel Oaks Rd Suite 303**

**Voorhees, NJ 08043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Credit Card

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    **1** - **2** **4**

---

| **3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $101,000.00 |
|---|---|---|---|

**US Small Business Administration**

**409 3rd St., SW**

**Washington, DC 20416**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Business Loan - SBA
**Basis for the claim:** Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    **12/2020**

Last 4 digits of account number    **7** **8** **0** **0**

---

| **3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100,000.00 |
|---|---|---|---|

**Wells Fargo**

**Attn: Small Business Operations**

**PO Box 29482**

**Phoenix, AZ 85038-9482**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Business Loan - SBA
**Basis for the claim:** Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    **0** **0** **1** **8**

---

Debtor  **Comfort Specialists, LLC**
_____     Case number *(if known)* _____
        Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **BANK OF AMERICA**<br>**Attn: Bankruptcy**<br>**PO BOX 982238**<br>**EL PASO, TX 79998** | Line **3.4**<br>☐ Not listed. Explain | __ __ __ __ |
| 4.2  **Celtic Bank**<br>**650 Sentry Pkwy #1**<br>**Blue Bell, PA 19422** | Line **3.3**<br>☐ Not listed. Explain | __ __ __ __ |
| 4.3  **Coastal Community Bank**<br>**5415 Evergreen Way**<br>**Everett, WA 98203** | Line **3.3**<br>☐ Not listed. Explain | __ __ __ __ |
| 4.4  **JMA Services**<br>**44600 Delco Blvd**<br>**Sterling Heights, MI 48313** | Line **3.6**<br>☐ Not listed. Explain | __ __ __ __ |
| 4.5  **Louis A. Greenfield**<br>**PO Box 17210**<br>**Golden, CO 80402** | Line **3.8**<br>☐ Not listed. Explain | **2** – **2** __ **5** |
| 4.6  **P&B Capital Group, LLC**<br>**455 Center Rd**<br>**Buffalo, NY 14224** | Line **3.3**<br>☐ Not listed. Explain | __ __ __ __ |
| 4.7  **Rubin & Rothman, LLC**<br>**1787 Veterans Highway**<br>**Islandia, NY 11749** | Line **3.9**<br>☐ Not listed. Explain | **5** – **2** __ **5** |

| Debtor | **Comfort Specialists, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**Part 3:** Additional Page

| 4.8 | **Rubin & Rothman, LLC** | Line **3.10** | **1** - **2** **5** |
|---|---|---|---|
| | **1787 Veterans Highway** | ☐ Not listed. Explain _____ | |
| | **Islandia, NY 11749** | _____ | |
| 4.9 | **Selip & Stylianou LLP** | Line **3.5** | **2** - **2** **4** |
| | **PO Box 914** | ☐ Not listed. Explain _____ | |
| | **Paramus, NJ 07653** | _____ | |
| 4.10 | **Turner Law Firm, LLC** | Line **3.12** | **9** - **2** **3** |
| | **76 South Orange Ave PO Box 526** | ☐ Not listed. Explain _____ | |
| | **South Orange, NJ 07079** | _____ | |
| 4.11 | **Zwicker & Associates, P.C.** | Line **3.13** | __ __ __ __ |
| | **1020 Laurel Oak Rd. Suite 303** | ☐ Not listed. Explain _____ | |
| | **Voorhees, NJ 08043** | _____ | |

| Debtor | **Comfort Specialists, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. | **+** $931,102.08 |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $931,102.08 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Comfort Specialists, LLC** |
| United States Bankruptcy Court for the: | **District of New Jersey** |
| Case number (if known): | Chapter **11** |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  Does the debtor have any executory contracts or unexpired leases?

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Comfort Specialists, LLC**

United States Bankruptcy Court for the: District of   **New Jersey**
                                  (State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Christopher Laurentino** | **39 North 1st Ave**<br>Street | **Kapitus** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Citizens Bank** | ☐ D<br>☑ E/F<br>☐ G |
| | **Kenvil, NJ 07847**<br>City      State      ZIP Code | **Bayfirst National Bank** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Bayfirst National** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Wells Fargo** | ☐ D<br>☑ E/F<br>☐ G |
| | | **JPMorgan Chase Bank** | ☐ D<br>☑ E/F<br>☐ G |
| | | **JPMorgan Chase Bank** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Department of the Treasury** | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | **Comfort Specialists, LLC** | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.2 | **Claudia Laurentino** | **39 North 1st Ave**<br>Street<br><br>**Kenvil, NJ 07847**<br>City          State          ZIP Code | **Kapitus** | ☐ D  ☑ E/F  ☐ G |
| | | | **Bayfirst National Bank** | ☐ D  ☑ E/F  ☐ G |
| | | | **Bayfirst National** | ☐ D  ☑ E/F  ☐ G |
| | | | **Jefferson Capital Systems LLC** | ☐ D  ☑ E/F  ☐ G |
| | | | **CITIBANK, N.A.** | ☐ D  ☑ E/F  ☐ G |
| | | | **Department of the Treasury** | ☐ D  ☑ E/F  ☐ G |
| 2.3 | **Laurentino, Christopher** | **39 North 1st Ave**<br>Street<br><br>**Kenvil, NJ 07847**<br>City          State          ZIP Code | **Kapitus** | ☐ D  ☑ E/F  ☐ G |
| | | | **Citizens Bank** | ☐ D  ☑ E/F  ☐ G |
| | | | **Bayfirst National Bank** | ☐ D  ☑ E/F  ☐ G |
| | | | **Bayfirst National** | ☐ D  ☑ E/F  ☐ G |
| | | | **Wells Fargo** | ☐ D  ☑ E/F  ☐ G |
| | | | **JPMorgan Chase Bank** | ☐ D  ☑ E/F  ☐ G |
| | | | **JPMorgan Chase Bank** | ☐ D  ☑ E/F  ☐ G |

| Debtor | **Comfort Specialists, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

████  Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **Department of the Treasury** | ❑ D ☑ E/F ❑ G |
| 2.4  **Laurentino, Claudia** | **39 North 1st Ave** <br> Street | **Kapitus** | ❑ D ☑ E/F ❑ G |
| | **Kenvil, NJ 07847** <br> City          State          ZIP Code | **Bayfirst National Bank** | ❑ D ☑ E/F ❑ G |
| | | **Bayfirst National** | ❑ D ☑ E/F ❑ G |
| | | **Jefferson Capital Systems LLC** | ❑ D ☑ E/F ❑ G |
| | | **CITIBANK, N.A.** | ❑ D ☑ E/F ❑ G |
| | | **Department of the Treasury** | ❑ D ☑ E/F ❑ G |
| 2.5  **Laurentino, Vincent** | **10 Emerson Pl** <br> Street | **Universal Supply Group Inc.** | ❑ D ☑ E/F ❑ G |
| | **Succasunna, NJ 07876** <br> City          State          ZIP Code | | |
| 2.6 | Street <br> City          State          ZIP Code | | ❑ D ❑ E/F ❑ G |

Fill in this information to identify the case:

Debtor name **Comfort Specialists, LLC**

United States Bankruptcy Court for the:

**District of New Jersey**

Case number (if known): _____    Chapter __11__

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*.................................................................................

   | $0.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................

   | $415,762.94 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................

   | $415,762.94 |

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $43,750.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................

   | $0.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................

   | + $931,102.08 |

4. **Total liabilities**..............................................................................................................................
   Lines 2 + 3a + 3b

   | $974,852.08 |

Fill in this information to identify the case:

Debtor name        **Comfort Specialists, LLC**

United States Bankruptcy Court for the:

**District of New Jersey**

Case number (if known): _____

☐ Check if this is an
   amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

1.  **Gross revenue from business**

    ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$68,368.69** |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$706,955.66** |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$772,060.00** |

2.  **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Case 25-12079-VFP    Doc 1    Filed 02/28/25    Entered 02/28/25 14:18:54    Desc Main
Document     Page 30 of 57

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br><br> Creditor's name <br><br> _____ <br><br> Street <br><br> _____ <br><br> _____ <br> City          State    ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br><br> Creditor's name <br><br> _____ <br><br> Street <br><br> _____ <br><br> _____ <br> City          State    ZIP Code <br><br> **Relationship to debtor** <br><br> _____ | _____ <br><br> _____ <br><br> _____ | _____ | _____ <br><br> _____ <br><br> _____ |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

5.1.  _____   _____   _____   _____

Creditor's name

_____

Street

_____

_____

City                    State    ZIP Code

---

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

6.1.  _____   _____   _____   _____

Creditor's name

_____                XXXX– __ __ __ __

Street

_____

_____

City                    State    ZIP Code

---

## Part 3:  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **JPMorgan Chase Bank NA v. Christopher J Laurentino** | **Civil** | **Superior Court of New Jersey - Morris County**<br>Name<br>**10 Court Street**<br>Street<br>**Morris County Courthouse Law Division**<br>**Morristown, NJ 07960**<br>City          State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**DC-001005-25** | | | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **JPMorgan Chase Bank NA v. Christopher J Laurentino** | **Civil** | **Superior Court of NJ - Morris County**<br>Name<br>**56 Washington St**<br>Street<br>**Morristown, NJ 07960**<br>City          State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**DC-000841-25** | | | |

---

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Jefferson Capital Systems LLC Claudia Laurentino** | **Civil** | **Superior Court of NJ - Morris County** <br> Name <br> **56 Washington St** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |
| | **DC-000692-25** | | **Morristown, NJ 07960** <br> City   State   ZIP Code | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Citibank NA v. Claudia Laurentino** | **Civil** | **Superior Court of New Jersey - Morris County** <br> Name <br> **10 Court Street** <br> Street <br> **Morris County Courthouse Law Division** | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |
| | **DC-010692-24** | | **Morristown, NJ 07960** <br> City   State   ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | _____ <br> Custodian's name <br> _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ <br> **Case title** <br> _____ <br> **Case number** <br> _____ <br> **Date of order or assignment** <br> _____ | _____ <br> **Court name and address** <br> _____ <br> Name <br> _____ <br> Street <br> _____ <br> City   State   ZIP Code |

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

Debtor    **Comfort Specialists, LLC**                                                    Case number *(if known)* _____
_____
          Name

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|

_____

Recipient's name

_____

Street

_____

City                    State    ZIP Code

**Recipient's relationship to debtor**

_____

---

## Part 5:    Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|-----------------------------------------------------------|------------------------------------------|--------------|------------------------|
| | | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| 10.1. | _____ | _____ | _____ | _____ |

---

## Part 6:    Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❑ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|-------|---------------------------------------------|------------------------------------------------|-------|------------------------|
| | **Law Offices of Wenarsky & Goldstein LLC** | **Attorney's Fee** | **9/21/2023** | **$6,000.00** |

**Address**

**410 Route 10 West Ste 214**
Street

_____

**Ledgewood, NJ 07852**
City                    State    ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

Debtor    Comfort Specialists, LLC
          Name

Case 25-12079-VFP    Doc 1    Filed 02/28/25    Entered 02/28/25 14:18:54    Desc Main
                     Document      Page 34 of 57    Case number *(if known)*

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Address | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | Relationship to debtor | | | |
| | | | | |

---

**Part 7:**   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| | Street | |
| | | |
| | City          State     ZIP Code | |

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br><br>Facility name<br><br>_____<br>Street<br><br>_____<br>City          State     ZIP Code | _____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br><br>☐ Paper |

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor    **Comfort Specialists, LLC**    Case number *(if known)* _____
_____
Name

| 18.1 | | |
|---|---|---|

_____    XXXX– _ _ _ _        ☐ Checking        _____    _____
Name                                                          ☐ Savings

_____                                    ☐ Money market
Street                                                        ☐ Brokerage

_____                                    ☐ Other
City          State     ZIP Code                             _____

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☑ No |
| | Name | | | ☐ Yes |
| | **438C US Highway 46** | | | |
| | Street | | | |
| | | Address | | |
| | **Kenvil, NJ 07847** | | | |
| | City          State     ZIP Code | | | |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| Street | | | |
| | | | |
| City          State     ZIP Code | | | |

Debtor    **Comfort Specialists, LLC**          Case number *(if known)*
Name

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | Street | | ☐ On appeal |
| | | | ☐ Concluded |
| | City          State      ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State      ZIP Code | City          State      ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State      ZIP Code | City          State      ZIP Code | | |

Debtor   Comfort Specialists, LLC                                      Case number *(if known)* _____
         Name

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City      State   ZIP Code |  | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____  To _____ |

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **AMR Business Solutions**<br>Name<br>**8 Campus Dr Ste 105**<br>Street<br><br>**Parsippany, NJ 07054**<br>City            State        ZIP Code | From **7/2020**   To _____ |
| 26a.2. **Annex CPA LLC**<br>Name<br>**90 E Halsey Rd Suite 314**<br>Street<br><br>**Parsippany, NJ 07054**<br>City            State        ZIP Code | From **1/2017**   To _____ |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Annex CPA LLC**<br>Name<br>**90 E. Halsey Rd Suite 314**<br>Street<br><br>**Parsippany, NJ 07054**<br>City            State        ZIP Code | From **01/2017**   To _____ |

Debtor    **Comfort Specialists, LLC**                                        Case number *(if known)*
_____
Name

| Name and address | Dates of service |
|---|---|
| 26b.2. **AMR Business Solutions** <br> Name <br><br> **41 Lake Shore Dr** <br> Street <br><br> _____ <br><br> **Randolph, NJ 07869** <br> City          State          ZIP Code | From **07/2020**    To _____ |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. <br> **AMR Business Solutions** <br> Name <br><br> **8 Campus Dr Ste 105** <br> Street <br><br> _____ <br><br> **Parsippany, NJ 07054** <br> City          State          ZIP Code | _____ <br><br> _____ <br><br> _____ |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. <br> _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City          State          ZIP Code |

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. <br> _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City          State          ZIP Code |

Debtor    **Comfort Specialists, LLC**    Case number *(if known)* _____
_____
Name

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Christopher Laurentino | 39 North 1st Ave Kenvil, NJ 07847 | Owner, | 49.00% |
| Claudia Laurentino | 39 North 1st Ave Kenvil, NJ 07847 | Owner, | 51.00% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | , _____ | From _____ <br> To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ <br> Name | _____ | _____ | _____ |
| _____ <br> Street | | | |
| _____ <br> City          State          ZIP Code | | | |
| Relationship to debtor | | | |
| _____ | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**Part 14:** Signature and Declaration

Debtor    **Comfort Specialists, LLC** _____    Case number _(if known)_ _____
Name

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this _Statement of Financial Affairs_ and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**02/28/2025**__
              MM/  DD/  YYYY

**X** **/s/ Christopher Laurentino** _____        Printed name   _____**Christopher Laurentino**_____
    Signature of individual signing on behalf of the debtor

    Position or relationship to debtor  **Owner / Managing Member** _____

**Are additional pages to** _Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy_ **(Official Form 207) attached?**
☑ No
☐ Yes

Fill in this information to identify the case:

Debtor name _____ **Comfort Specialists, LLC** _____

United States Bankruptcy Court for the:

**District of New Jersey**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Department of the Treasury Bureau of the Fiscal Service PO Box 837094 Birmingham, AL 35283 | | Business Loan | | | | $189,231.47 |
| 2 | Bayfirst National Bank 700 Central Ave Saint Petersburg, FL 33701 | (727) 394-2265 | Business Loan - SBA Loan | | | | $150,000.00 |
| 3 | Bayfirst National 700 Central Ave Saint Petersburg, FL 33701 | | Business Loan - SBA Loan | | | | $146,456.32 |
| 4 | US Small Business Administration 409 3rd St., SW Washington, DC 20416 | | Business Loan - SBA Loan | | | | $101,000.00 |
| 5 | Wells Fargo Attn: Small Business Operations PO Box 29482 Phoenix, AZ 85038-9482 | | Business Loan - SBA Loan | | | | $100,000.00 |
| 6 | Bluevine Capital Inc 401 Warren St #300 Redwood City, CA 94063 | | Business Loan | | | | $78,704.92 |
| 7 | Universal Supply Group Inc. 276 Wagraw Rd Haledon, NJ 07508 | | Vendor - LawSuit Settlement | | | | $53,810.74 |
| 8 | Citizens Bank 1 Citizens Dr Riverside, RI 02915 | | Business Loan | | | | $52,838.00 |

| Debtor | **Comfort Specialists, LLC** | | | |
|---|---|---|---|---|
| | Name | | Case number *(if known)* | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  JPMorgan Chase Bank PO Box 1423 Charlotte, NC 28201 | | Business Credit Card | | | | $19,791.61 |
| 10  Kapitus 120 W 45th St New York, NY 10036 | | Merchant Services | | | | $10,000.00 |
| 11  US Bank National Association c/o Zwicker & Associates 1020 Laurel Oaks Rd Suite 303 Voorhees, NJ 08043 | | Business Credit Card | | | | $9,868.05 |
| 12  Jefferson Capital Systems LLC PO Box 7999 Ste 1400 Saint Cloud, MN 56302 | | Business Credit Card | | | | $6,773.08 |
| 13  JPMorgan Chase Bank PO Box 1423 Charlotte, NC 28201 | | Business Credit Card | | | | $6,680.44 |
| 14  CITIBANK, N.A. 1000 TECHNOLOGY DR O FALLON, MO 63368 | | Business Credit Card | | | | $5,025.20 |
| 15  Capital Management Services, LP 698 1/2 South Ogden St Buffalo, NY 14206-2317 | | Business Credit Card | | | | $922.25 |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case:**

Debtor name **Comfort Specialists, LLC**

United States Bankruptcy Court for the:

**District of New Jersey**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **02/28/2025**
                MM/ DD/ YYYY

**X** /s/ Christopher Laurentino
Signature of individual signing on behalf of debtor

**Christopher Laurentino**
Printed name

**Owner / Managing Member**
Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Jersey

**In re**      Comfort Specialists, LLC

Case No. _____

**Debtor**

Chapter _____ **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ......................................................................... _____ **$0.00**

Prior to the filing of this statement I have received ................................................. _____ **$6,000.00**

Balance Due ................................................................................................................. _____ **($6,000.00)**

2.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **02/28/2025** | **/s/ Scott J Goldstein** |
| *Date* | Scott J Goldstein |
| | *Signature of Attorney* |

Bar Number: 16472004
Law Offices of Wenarsky & Goldstein LLC
410 Route 10 West Ste 214
Ledgewood, NJ 07852
Phone: (973) 453-2838

**Law Offices of Wenarsky & Goldstein LLC**
*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

IN RE: **Comfort Specialists, LLC**                                     CASE NO

                                                                                                   CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ____**02/28/2025**____    Signature _____**/s/ Christopher Laurentino**_____
                                                                     Christopher Laurentino, Owner / Managing Member

BANK OF AMERICA
Attn: Bankruptcy
PO BOX 982238
EL PASO, TX 79998

Bayfirst National
700 Central Ave
Saint Petersburg, FL 33701

Bayfirst National Bank
700 Central Ave
Saint Petersburg, FL 33701

Bluevine Capital Inc
401 Warren St #300
Redwood City, CA 94063

Capital Management Services, LP
698 1/2 South Ogden St
Buffalo, NY 14206-2317

Celtic Bank
650 Sentry Pkwy #1
Blue Bell, PA 19422

Christopher Laurentino
39 North 1st Ave
Kenvil, NJ 07847

CITIBANK, N.A.
1000 TECHNOLOGY DR
O FALLON, MO 63368

Citizens Bank
1 Citizens Dr
Riverside, RI 02915

Claudia Laurentino
39 North 1st Ave
Kenvil, NJ 07847

Coastal Community Bank
5415 Evergreen Way
Everett, WA 98203

Department of the Treasury
Bureau of the Fiscal Service
PO Box 837094
Birmingham, AL 35283

Ford Motor Credit Company,
LLC
PO Box Box 62180 Box 6508
Colorado Springs, CO 80962-2180

Jefferson Capital Systems LLC
PO Box 7999 Ste 1400
Saint Cloud, MN 56302

JMA Services
44600 Delco Blvd
Sterling Heights, MI 48313

JPMorgan Chase Bank
PO Box 1423
Charlotte, NC 28201

Kapitus
120 W 45th St
New York, NY 10036

Christopher Laurentino
39 North 1st Ave
Kenvil, NJ 07847

Claudia Laurentino
39 North 1st Ave
Kenvil, NJ 07847

Vincent Laurentino
10 Emerson Pl
Succasunna, NJ 07876

Louis A. Greenfield
PO Box 17210
Golden, CO 80402

P&B Capital Group, LLC
455 Center Rd
Buffalo, NY 14224

Rubin & Rothman, LLC
1787 Veterans Highway
Islandia, NY 11749

Selip & Stylianou LLP
PO Box 914
Paramus, NJ 07653

Turner Law Firm, LLC
76 South Orange Ave PO Box 526
South Orange, NJ 07079


Universal Supply Group Inc.
276 Wagraw Rd
Haledon, NJ 07508


US Bank National Association
c/o Zwicker & Associates
1020 Laurel Oaks Rd Suite 303
Voorhees, NJ 08043


US Small Business
Administration
409 3rd St., SW
Washington, DC 20416


Wells Fargo
Attn: Small Business Operations
PO Box 29482
Phoenix, AZ 85038-9482


Zwicker & Associates, P.C.
1020 Laurel Oak Rd. Suite 303
Voorhees, NJ 08043

## United States Bankruptcy Court
### District of New Jersey

In re  **Comfort Specialists, LLC** _____    Case No. _____

                                                    Debtor(s)         Chapter          **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____**Comfort Specialists, LLC**_____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

_____

☑ None [*Check if applicable*]


_____**02/28/2025**_____            _____**/s/ Scott J Goldstein**_____
Date                                 **Scott J Goldstein**
                                     Signature of Attorney or Litigant
                                     Counsel for _____**Comfort Specialists, LLC**_____
                                     **Bar Number: 16472004**
                                     **Law Offices of Wenarsky & Goldstein LLC**
                                     **410 Route 10 West Ste 214**
                                     **Ledgewood, NJ 07852**
                                     **Phone: (973) 453-2838**
                                     **Email: scott@wg-attorneys.com**

1

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## NEWARK DIVISION

IN RE:                                                              CHAPTER  11
**Comfort Specialists, LLC**

DEBTOR(S)                                                           CASE NO

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Claudia Laurentino** 39 N 1st Ave, Kenvil NJ 07847 | | | Owner, 51% |
| **Christopher Laurentino** 39 N 1st Ave, Kenvil NJ 07847 | | | Owner, 49% |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **Owner / Managing Member** _____ of the _____ **Nonpublic Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true
and correct to the best of my information and belief.

Date: **02/28/2025** _____        Signature: **/s/ Christopher Laurentino** _____
                                                      *Christopher Laurentino, Owner / Managing Member*

Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
Tel: (973) 927-5100
Fax: (973) 927-5252
Scott J. Goldstein (016472004)
*Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY
### NEWARK VICINAGE

| | |
|---|---|
| In re | Case No. |
| COMFORT SPECIALISTS, LLC | Chapter 11<br>Hon. |
| Chapter 11 Debtors | |

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **CHRISTOPHER LAURENTINO**, declare under penalty of perjury that I am the managing member of **COMFORT SPECIALISTS, LLC.,** a New Jersey Limited Liability Company, and that the following is a true and correct copy of the resolutions adopted by the members of Comfort Specialists, LLC

"Whereas, it is in the best interest of this Limited Liability to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11, Subchapter V of Title 11 of the United States Code;

Be It Therefore Resolved, that Christopher Laurentino, Managing Member of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11, Subchapter V voluntary bankruptcy case on behalf of the Limited Liability Company; and

Be It Further Resolved, that Christopher Laurentino, Managing Member of this Limited Liability Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case; and

Be It Further Resolved, that Christopher Laurentino, Managing Member of this Limited Liability Company, is authorized and directed to employ Scott J. Goldstein, Esq., attorney and the law firm of Law Offices of Wenarsky & Goldstien, LLC to represent the Limited Liability Company in such bankruptcy case."

Dated:  February 28, 2025                    Signed: _____

CHRISTOPHER LAURENTINO,
Managing Member and indivually

COMFORT SPECIALISTS, LLC

Resolution to File Chapter 11 Bankruptcy, and Retain Bankruptcy Counsel

This Being the Resolution of the Members and Managing Member OF COMFORT SPECIALISTS, LLC (the "Company")

**WHEREAS** the Company has been experiencing financial difficulty ; and

**WHEREAS**, the Company desires to formulate a plan of reorganization that it believes is fair and feasible, rather than liquidate and cease operations; and

**WHEREAS**, it would be in the best interests of creditors for the Company to file a voluntary petition under Chapter 11 of the Bankruptcy Code, it is:

**RESOLVED**, that the Company commence a case in accordance with Chapter 11 of the Bankruptcy Code.; and it is further

**RESOLVED**, that the Company will retain the Law Offices of Wenarsky and Goldstein, LLC to represent the Company in any Chapter 11, Subchapter V bankruptcy filing.

The undersigned hereby certifies that he is the Managing Member and the custodian of the books and records and seal of COMFORT SPECIALISTS, LLC, a Limited Liability Company duly formed pursuant to the laws of the state of New Jersey and that the foregoing is a true record of a resolution of the Members of COMFORT SPECIALISTS, LLC and that said resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, I have executed my name as Managing Member of the Company this 28th day of February 2025

CHRISTOPHER LAURENTINO
Managing Member

Law Offices of Scura, Wigfield, Heyer, Stevens and Cammarota, LLP
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
Tel: (973) 927-5100
Fax: (973) 927-5252
Scott J. Goldstein (016472004)
*Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## VICINAGE

| | |
|---|---|
| In re | Case No. _____ |
| | Chapter ___11___ |
| Comfort Specialists LLC | |
| | Hon. ___ |
| Chapter 11 Debtor | |

## DECLARATION CONCERNING REQUIREMENTS UNDER 11 U.S.C. §1116

CHRISTOPHER LAURENTINO, of full age, declares as follows under penalty of perjury:

1.  I am the managing member of Comfort Specialists, LLC, the debtor in this action.

2.  Pursuant to 11 U.S.C. §1116, I hereby confirm that no cash flow statement has been prepared for the debtor at this time.

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENT IS TRUE AND CORRECT.  I UNDRSTAND THAT IF ANY OF THE FOREGOING STATEMENTS MADE BY ME ARE WILLFULLY FALSE, I AM SUBJECT TO PUNISHMENT.

Dated:  February 28, 2025                        _____/s/Christopher Laurentino_____
                                                                    CHRISTOPHER LAURENTINO